IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. ROSS** and **FIELDSTONE VENTURES, LLC**, on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**EQT CORPORATION,**<br>**EQT PRODUCTION COMPANY,**<br>**RICE DRILLING B, LLC, VANTAGE ENERGY APPALACHIA LLC,** and<br>**VANTAGE ENERGY APPALACHIA II LLC,**<br><br>    Defendants. | Civil Action No. 2:21-cv-01585-WSS |

## MOTION TO REMAND

Plaintiffs Richard A. Ross and Fieldstone Ventures, LLC, through their undersigned counsel, file this *Motion to Remand*, respectfully moving this Honorable Court to remand this case to the Court of Common Pleas of Allegheny County, Pennsylvania.

As set forth in Plaintiffs' *Brief in Support of Motion to Remand*, which is hereby incorporated by reference, Removing Defendants' Notice of Removal is procedurally defective for multiple independent reasons. First, the Notice of Removal fails to comply with 28 U.S.C. § 1446(b)(3) because the Notice of Removal relies on itself for allegations of class citizenship and size, but the Notice of Removal is not an initial pleading or a document received by Removing Defendants, making the removal inappropriate. Second, the Notice of Removal fails to comply with the plausibility requirements as required by *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014), because it contains only naked legal analysis without any supporting facts.

- 2 -

Plaintiffs therefore respectfully request that this Court grant this *Motion to Remand* and enter an order remanding this case back to the Court of Common Pleas of Allegheny County, Pennsylvania.

Respectfully submitted,

*/s/ Anthony T. Gestrich*
Scott M. Hare, Esquire
Pa. I.D. No. 63818
Anthony T. Gestrich, Esquire
Pa. I.D. No. 325844

**Whiteford Taylor & Preston LLP**
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
SHare@wtplaw.com
AGestrich@wtplaw.com
T: 412-275-2400

Seth Meyer, Esquire
IL I.D. No. 6324349
Alex Dravillas, Esquire
IL I.D. No. 6299686

**Keller Lenkner LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
T: 312.741.5266
T: 312.948.8474
SAM@KellerLenkner.com
AJD@KellerLenkner.com

*Attorneys for Plaintiffs*

Date:   December 6, 2021