IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. ROSS and FIELDSTONE VENTURES, LLC, on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQT CORPORATION,<br>EQT PRODUCTION COMPANY,<br>RICE DRILLING B, LLC, VANTAGE ENERGY APPALACHIA LLC, and VANTAGE ENERGY APPALACHIA II LLC,<br><br>    Defendants | Civil Action No. 2:21-cv-01585-WSS |

### STIPULATED SCHEDULING ORDER

Plaintiffs Richard A. Ross and Fieldstone Ventures, LLC and Defendants EQT Corporation, EQT Production Company, Rice Drilling B, LLC, Vantage Energy Appalachia LLC, and Vantage Energy Appalachia II LLC, through their respective undersigned counsel, hereby agree and stipulate as follows:

1. Class certification and the current phase of merits discovery shall close on **July 11, 2024**. All discovery requests pertaining to class certification and this current phase of merits discovery shall be served or noticed so that the responding party has the full amount of time permitted by the Federal Rules of Civil Procedure to respond by this date. Any discovery period after the Court's decision on class certification shall be addressed at a post-certification case management conference.

2. A status conference is hereby scheduled for 10 AM on July 11, 2024. The parties shall be prepared to discuss the status of the EQT Defendants' document production, the

- 2 -

Plaintiffs' analysis of those documents, and the timing of expert reports and a motion for class certification.

3. The remaining deadlines as to expert reports and any motion for class certification shall be scheduled at or following the status conference.

4. The parties shall continue to file status reports each month through the close of class certification and merits discovery, and the status reports shall document the parties' progress through the document production and final stages of class certification and merits discovery. The parties need not document progress included in prior status reports.

AGREED AND STIPULATED THIS 28th DAY OF MARCH, 2024:

| /s/ Anthony T. Gestrich | /s/ James L. Rockney |
|---|---|
| Scott M. Hare | James L. Rockney |
| PA I.D. No. 63818 | PA I.D. No. 200026 |
| Anthony T. Gestrich | Justin H. Werner |
| PA I.D. No. 325844 | PA I.D. No. 203111 |
| WHITEFORD, TAYLOR & PRESTON, LLP | REED SMITH LLP |
| 11 Stanwix Street, Suite1400 | 225 Fifth Avenue |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| | |
| Alex J. Dravillas | Counsel for Defendants |
| KELLER POSTMAN LLC | |
| 150 N. Riverside Plaza, Suite 4270 Chicago, Illinois 60606 | |
| | |
| Counsel for Plaintiffs | |

SO ORDERED:

Date: 4/1/2024

_____
UNITED STATES DISTRICT JUDGE