IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. ROSS, *et al*, *on their own behalf and on the behalf of all others similarly situated*,<br><br>            *Plaintiffs*,<br><br>    v.<br><br>EQT CORPORATION, *et al*,<br><br>            *Defendants*. | Civil Action No. 2:21-cv-1585<br><br>Hon. William S. Stickman IV |

## SCHEDULING ORDER

AND NOW, this 19 day of May 2026, IT IS HEREBY ORDERED that the parties meet and confer to determine whether additional discovery on the merits of Plaintiffs' claims is necessary. If additional discovery is required, counsel are to file a joint proposed case management order on or before **June 1, 2026**, that sets forth deadlines for discovery and summary judgment briefing, if applicable.

If the parties agree that discovery is closed, the parties shall meet and confer and file a joint status report on or before **June 1, 2026**, that sets forth an agreed upon summary judgment briefing schedule if applicable, or the number of days to try this case if proposed trial dates from the Court is appropriate.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE